tiorari granted. *E. C. Alvord* for petitioner. *Simon E. Sobeloff*, then Solicitor General, *Assistant Attorney General Rice*, *Hilbert P. Zarky* and *I. Henry Kutz* for respondent.

No. 94. RADOVICH *v.* NATIONAL FOOTBALL LEAGUE ET AL. C. A. 9th Cir. Certiorari granted. *Maxwell Keith* for petitioner. *Marshall E. Leahy* and *John F. O'Dea* for the National Football League et al., respondents. *Simon E. Sobeloff*, then Solicitor General, *Assistant Attorney General Barnes* and *Charles H. Weston* filed a memorandum for the United States, as *amicus curiae*, in support of the petition.

No. 97. UNITED STATES *v.* UNION PACIFIC RAILROAD Co. C. A. 10th Cir. Certiorari granted. *Simon E. Sobeloff*, then Solicitor General, *Assistant Attorney General Morton*, *Roger P. Marquis* and *Fred W. Smith* for the United States. *Louis W. Myers*, *William W. Clary*, *Warren M. Christopher*, *John U. Loomis*, *W. R. Rouse* and *J. H. Anderson* for respondent.

No. 103. NATIONAL LABOR RELATIONS BOARD *v.* TRUCK DRIVERS LOCAL UNION No. 449, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, A. F. L. C. A. 2d Cir. Certiorari granted. *Simon E. Sobeloff*, then Solicitor General, *Theophil C. Kammholz*, *David P. Findling* and *Dominick L. Manoli* for petitioner. *Thomas P. McMahon* for respondent. *Kenneth C. Royall* and *Frank C. Fisher* filed a brief for the Linen and Credit Exchange et al., as *amici curiae*, in support of the petition.

No. 109. CONLEY ET AL. *v.* GIBSON ET AL. C. A. 5th Cir. Certiorari granted. *Roberson L. King* for petition-